MORLAND MORTGAGE COMPANY v. JOHN O. FISHER and Another. HENRY W. VAN WAGENER and Another v. JOHN O. FISHER and Another.— Motions granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.